1  BARRY J. PORTMAN
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   MARVIN GAINES
7

8
                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
10

11

12 UNITED STATES OF AMERICA,            ) CR 11-0233 SBA
                                        )
13                 Plaintiff,           ) STIPULATION AND [PROPOSED]
                                        ) ORDER MODIFYING BOND
14         v.                           ) CONDITIONS
                                        )
15 MARVIN GAINES,                       )
                                        )
16                 Defendant.           )

17

18         Mr. Gaines is charged in a one-count indictment with a violation of 18 U.S.C. 922(g)(1). Mr.

19 Gaines was released on a $50,000 unsecured bond signed by his girlfriend, Shawn Smith, to the

20 supervision of Pretrial Services on April 21, 2011. Among the conditions of Mr. Gaines' release is

21 the requirement that he reside in a halfway house.

22         Prior to his arrest, Mr. Gaines was living in housing provided through First Place for Youth,

23 an organization that assists young people who have been in foster care to transition to independent

24 living. In addition to programs he attended through First Place for Youth, Mr. Gaines was in a

25 G.E.D. class at Next Step Learning Center. When Mr. Gaines was released on bond, it was

26

contemplated by all parties that he would continue his participation in vocational, educational, and other programs.

Consequently, the parties stipulate and agree to the following modification of Mr. Gaines' conditions:

Mr. Gaines may leave the halfway house to participate in vocational, educational, or other training programs, as directed by Pretrial Services, including participation in programs coordinated by First Place for Youth, Next Step Learning Center, and America Works.

Mr. Gaines may leave the halfway house to obtain employment and to work, as directed by Pretrial Services.

Pretrial Services Officer Victoria Gibson, who is supervising Mr. Gaines, is agreeable to the modification. Shawn Smith, the signatory on Mr. Gaines' bond, is likewise agreeable to the modification of Mr. Gaines' release conditions.

The parties therefore respectfully request that the Court modify Mr. Gaines' release conditions to allow him to work and to participate in educational and vocational programs, as directed by Pretrial Services.

DATED:	April 25, 2011	         /S/
	JENNIFER GASPAR
	Special Assistant United States Attorney

DATED:	April 25, 2011	         /S/
	ELLEN LEONIDA
	Assistant Federal Public Defender

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that in addition to all conditions set forth in the Order Setting Conditions of Release and Appearance Bond entered April 21, 2011, the following conditions are added:

Mr. Gaines may leave the halfway house to participate in vocational, educational, or other training programs, as directed by Pretrial Services, including participation in programs coordinated by First Place for Youth, Next Step Learning Center, and America Works.

Mr. Gaines may leave the halfway house to obtain employment and to work, as directed by Pretrial Services.

IT IS SO ORDERED.

DATED: April 27, 2011

HON. LAUREL BEELER
United States Magistrate Judge

CR 11-0233 SBA
Stipulation and [Proposed] Order Modifying
Bond Conditions                                3