BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
MARVIN GAINES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-0233 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS |
| v. | |
| MARVIN GAINES, | |
| Defendant. | |

Mr. Gaines is charged in a one-count indictment with a violation of 18 U.S.C. 922(g)(1).

Mr. Gaines was released on a $50,000 unsecured bond signed by his girlfriend, Shawn Smith, to the

supervision of Pretrial Services on April 21, 2011. Among the conditions of Mr. Gaines' release

is the requirement that he reside in a halfway house.

It is hereby stipulated, by and between the parties to this action, that the conditions of pretrial

release for Marvin Gaines may be modified to allow him to attend his baby shower at 709 35th Street,

Oakland, CA on May 7, 2011 between 1:00 p.m. and 7:00 p.m.. Pretrial Services Officer Victoria

Gibson is aware of the proposed modification and has no objection. All other conditions of release

1   shall remain the same.

2   DATED:     May 3, 2011        _____/S/_____

3                                  JENNIFER GASPAR
                                 Special Assistant United States Attorney

4

  DATED:     May 3, 2011        _____/S/_____

5                                    ELLEN LEONIDA
                                 Assistant Federal Public Defender

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

## ORDER

2      GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY

3   ORDERED that in addition to all conditions set forth in the Order Setting Conditions of Release and

4   Appearance Bond entered April 21, 2011, the following conditions are added:

5      Mr. Gaines may attend his baby shower at 709 35th Street, Oakland, CA on May 7, 2011

6      between 1:00 p.m. and 7:00 p.m.

7   IT IS SO ORDERED.

8

9   DATED: May 5, 2011                                    _____
                                                          LAUREL BEELER
10                                                        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CR 11-0233 SBA
Stipulation and [Proposed] Order Modifying
Bond Conditions                3