BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
MARVIN GAINES

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 11-0233 SBA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS |
| v. | |
| MARVIN GAINES, | |
| Defendant. | |

     Mr. Gaines has pled guilty to one count of being a felon in possession of a firearm and was sentenced to fifteen month imprisonment. Mr. Gaines was released on a $50,000 unsecured bond signed by his girlfriend, Shawn Smith, to the supervision of Pretrial Services on April 21, 2011. He was permitted to remain out of custody, with a surrender date of December 30, 2011.

     Among the conditions of Mr. Gaines' release is the requirement that he reside in a halfway house. He was temporarily released to the custody of his foster sister, but returned to the halfway house on August 3, 2011.

     It is hereby stipulated, by and between the parties to this action, that the conditions of pretrial

CR 11-0233 SBA
Stipulation and [Proposed] Order Modifying
Bond Conditions                        1

1  release for Marvin Gaines may be modified to allow him to spend Christmas eve and Christmas with
2  his son and girlfriend at her parents' home, 709 35th Street, Oakland, CA . He may leave the
3  halfway house at 11:00 a.m. on December 24, 2011 and must return by 8:00 p.m. on December 25,
4  2011. Pretrial Services Officer Tim Elder is aware of the proposed modification and has no
5  objection. All other conditions of release shall remain the same.

7  DATED:     December 12, 2011                    /S/
                                                JENNIFER GASPAR
8                                               Special Assistant United States Attorney

10 DATED:     December 12, 2011                    /S/
                                                ELLEN LEONIDA
11                                              Assistant Federal Public Defender

CR 11-0233 SBA
Stipulation and [Proposed] Order Modifying
Bond Conditions                                 2

# ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that in addition to all conditions set forth in the Order Setting Conditions of Release and Appearance Bond entered April 21, 2011 and August 3, 2011, the following conditions are added:

Mr. Gaines may be absent from the halfway house between 11:00 a.m. on December 24, 2011 and 8:00 p.m. on December 25, 2011.

IT IS SO ORDERED.

DATED: December 14, 2011

LAUREL BEELER
United States Magistrate Judge

CR 11-0233 SBA
Stipulation and [Proposed] Order Modifying
Bond Conditions                             3