1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  1301 Clay St. – Ste 1350-N
   Oakland, CA 94612
4  Telephone:  (510) 637-3500

5  Counsel for Defendant Gaines

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>         Plaintiff,                  )<br>                                      )<br>      v.                             )<br>                                      )<br>                                      )<br>MARVIN GAINES,                        )<br>                                      )<br>         Defendant.                   )<br>                                      )<br>_____) | No. CR 11-233-SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 21, 2016 AND [~~PROPOSED~~] ORDER<br>AS MODIFIED |

The above-captioned matter was set on October 7, 2016 before the Hon. Kandis A. Westmore for a STATUS ON DETENTION/PRELIMINARY REVOCATION HEARING. The parties jointly request and stipulate that the Court continue the matter to October 21, 2016 at 9:30 a.m. for STATUS ON DETENTION/PRELIMINARY REVOCATION HEARING before the San Francisco Duty Magistrate.

The parties request additional time to assess and discuss this matter and conduct factual investigation which might help produce a stipulated resolution to the pending petition.  The Probation Office does not object to this request.  There has been significant litigation in the state court, including jury trial, regarding the allegations in this case.  Information has been shared and the parties are seeking to resolve the case, but have not reached a resolution, yet.

Stip. Req. To Continue Hearing Date

DATED: October 6, 2016             /s/
                                   JEANE HAMILTON
                                   Special Assistant United States Attorney

DATED: October 6, 2016             /s/
                                   JOHN PAUL REICHMUTH
                                   Assistant Federal Public Defender
                                   Counsel for Marvin Gaines

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the matter be continued to October 21, 2016 at 9:30 a.m. for STATUS ON DETENTION/PRELIMINARY REVOCATION HEARING before the San Francisco Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

October  7 , 2016                  _____
                                   HON. KANDIS A. WESTMORE
                                   United States Magistrate Judge

Stip. Req. To Continue Hearing Date          2